IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00299-MSK-PAC

JOHN MEDINA,

    Plaintiff(s),

v.

DENVER PUBLIC SCHOOLS, a Colorado School District,
DAN NERIM,
ANDREW PEREZ,
KERRY BERENS,

    Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that Defendants' Unopposed Motion for Two Day Extension of Time to Submit Discovery Requests [filed June 20, 2005] is **GRANTED**. Defendants shall serve their discovery requests on plaintiff no later than June 22, 2005.

Dated:  June 27, 2005