IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00299-MSK-PAC

JOHN MEDINA,

    Plaintiff(s),

v.

DENVER PUBLIC SCHOOLS, a Colorado School District,
DAN NERIM,
ANDREW PEREZ,
KERRY BERENS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Continue Settlement Conference [filed October 12, 2005] is **GRANTED** as follows:

    The Settlement Conference set for October 20, 2005 is *vacated and reset* to **November 4, 2005 at 1:30 p.m.** Confidential Settlement Statements are due on or before **October 31, 2005.** *Counsel and parties with full authority to settle must be present.*

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 13, 2005