IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00299-MSK-PAC

JOHN MEDINA,

     Plaintiff(s),

v.

DENVER PUBLIC SCHOOLS, a Colorado School District,
DAN NERIM,
ANDREW PEREZ,
KERRY BERENS,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate and Reset Settlement Conference [filed July 14, 2006; Doc. No. 49] is **GRANTED** as follows:

     The Settlement Conference set for August 3, 2006 is *vacated and reset* to **August 21, 2006 at 3:00 p.m.**  Confidential Settlement Statements are due on or before **August 16, 2006.**  ***Counsel and parties with full authority to settle must be present.***

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  July 14, 2006