IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00299-MSK-PAC

JOHN MEDINA,

    Plaintiff,

v.

DAN NERIM,

    Defendant.

_____

**ORDER DENYING UNOPPOSED MOTION TO WITHDRAW ERICA L. WHITE AS COUNSEL**
_____

    **THIS MATTER** comes before the Court pursuant to the Unopposed Motion to Withdraw Erica L. White as Counsel **(#54)**.

    The defendant did not submit a proposed order in WordPerfect or Word format to chambers by electronic mail as required by D.C. Colo. ECF Proc. V.L.2.

    **IT IS THEREFORE ORDERED** that the Unopposed Motion to Withdraw Erica L. White as Counsel **(#54)** is **DENIED**, without prejudice.

    Dated this 25th day of August, 2006

                                **BY THE COURT:**

                                *Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                United States District Judge