IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00299-MSK-PAC

JOHN MEDINA,

    Plaintiff,

v.

DAN NERIM,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 8, 2006** at **4:45 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*. The parties shall be prepared to address the current trial setting and the Defendant's Motion *in Limine* **(#66)**.

Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 6th day of October, 2006

                                      **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge