## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: November 8, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 05-cv-00299-MSK

*Parties*:                                       *Counsel Appearing:*

JOHN MEDINA,                           John Pineau

        Plaintiff,

v.

DAN NERIM,                            Patrick Mooney

        Defendant.

---

## COURTROOM MINUTES

---

HEARING:     Law and Motions Hearing

**5:00 p.m.**       **Court in session.**

Argument regarding defendant's Motion in Limine.

Oral findings and conclusions of  law are made of record and incorporated herein.

**ORDER:**       Defendant's Motion in Limine **(Doc.#66)** is **GRANTED.**

Discussion regarding final pretrial order, list of stipulated facts and current trial setting.

**ORDER:**       The trial set for **December 4, 2006 is VACATED.**  The parties will inform the
Court by November 16, 2006 how much time will be needed for trial and if a law
and motion hearing will be necessary to set the trial.

Discussion regarding hearing scheduled for November 16, 2006.

**ORDER:**       If the parties file stipulated facts by November 16, 2006 then the hearing scheduled
for that date will be automatically vacated without further order of the Court.

**5:34 p.m.**        **Court in recess.**

**Total Time:    34 minutes.**
**Hearing concluded.**